United States District Court
Southern District of Texas
**ENTERED**
August 04, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| EUGENIO ESPINOZA MARTINEZ, § § § | |
| VS. § | CIVIL ACTION NO. 7:14-CV-471 |
| § § | |
| HIDALGO COUNTY, TEXAS, *et al*, § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING DISMISSAL

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Plaintiff Eugenio Espinoza Martinez's civil rights complaint pursuant to 42 U.S.C. § 1983, and Plaintiff's objections thereto. After having reviewed the said Report and Recommendation, and after appropriate review of Plaintiff's objections thereto, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the conclusions in United States Magistrate Judge Peter E. Ormsby's Report and Recommendation entered as Docket Entry No. 18 are hereby adopted by this Court.

FURTHER, the Court, having adopted the conclusions of the magistrate judge, is of the opinion that Defendants' motion to dismiss should be **GRANTED** and that Plaintiff's civil rights complaint pursuant to 42 U.S.C. § 1983 should be **DISMISSED.**

The Clerk shall send a copy of this Order to the Plaintiff and counsel for Defendants.

SO ORDERED this 4th day of August, 2016, at McAllen, Texas.

_____
Randy Crane
United States District Judge